■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SINGLETARY, Appellant.—Judgment unanimously affirmed. Memorandum: Most of defendant's claims on appeal from convictions for burglary and related offenses were not properly preserved for review and we decline to reach them in the interest of justice. We have considered the claims properly preserved and find each one lacking in merit. On this record it is clear that defendant received a fair trial. (Appeal from judgment of Onondaga County Court, Cunningham, J.—burglary, third degree, and other charges.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW COLEMAN, Appellant.—Adjudication unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from adjudication of Oswego County Court, Auser, J.—youthful offender.) Present— Dillon, P. J., Callahan, Green, Pine and Davis, JJ.

■ In the Matter of JUAN ROMAN, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed *(see, Matter of Moulier v Smith,* 115 AD2d 307, *lv denied* 67 NY2d 603). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Green, Pine and Davis, JJ.